## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Ricky and Karen Kemmerer,   :   Chapter 13
                                    :
                                    :   Case No.  19-12895 (PMM)
                                    :
Debtors.                            :

### ORDER SETTING DEADLINE FOR FILING OF STIPULATION

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #53, the "Motion"), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **April 21, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

**Date: 3/20/23**

*Patricia M. Mayer*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE